IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARVIN EALY,

    Plaintiff,

v.                                                CASE NO. 5:13-cv-109-RS-GRJ

THE GEO GROUP, INC., et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint pursuant to 28 U.S.C § 1983, which was provided to prison officials for mailing on April 10, 2013. (Doc. 1). A review of the complaint discloses that it is identical to the first amended complaint currently pending in *Ealy v. Geo Group, Inc.*, Doc. 15, Case No. 5:12-cv-205-MP-CJK (N.D. Fla. Mar. 1, 2013). That case was filed in June 2012 and the Magistrate Judge has announced on the Court's website that Plaintiff is requesting appointment of counsel. It is obvious from the face of the instant complaint that the only variation is that Plaintiff has written over his original dates and signatures. (Doc. 1, p. 9.)

"As part of its general power to administer its docket, a district court my stay or dismiss a suit that is duplicative of another federal court suit." *Curtis v. Citibank,* 226 F.3d 133, 138 (2d Cir. 2000). Furthermore, in the federal court system, "the general principle is to avoid duplicative litigation." *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800, 817 (1976). "[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ

between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank,* 793 F. 2d 1541, 1551 (11th Cir. 1986). "[S]imple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the same court, against the same defendant at the same time." *Curtis,* 226 F.3d at 138-139.

Plaintiff is proceeding in two cases on identical complaints. This second case should be dismissed as duplicative, pursuant to the Court's general power in managing its docket. *See also* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.,* 370 U.S. 626, 629-32 (1961).

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED WITH PREJUDICE** as duplicative.

2. Plaintiff's motion for leave to proceed *in forma pauperis*, be **DENIED**.

**IN CHAMBERS** this 23rd day of April 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge