IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARVIN EALY,

      Plaintiff,

v.                                                       CASE NO. 5:13-cv-109-RS-GRJ

THE GEO GROUP, INC., et al.,

      Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 4) and Plaintiff's Response (Doc. 5). However, Plaintiff does not make objections to the Report and Recommendation in his response.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** as duplicative.

3. Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED**.

4. The Clerk is directed to file Plaintiff's Response in Case No. 5:12-cv-205-MP-CJK.

5. The clerk is directed to close the file.

**ORDERED** on May 10, 2013.

                                                    /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**